UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-05459-PMG |
| | § | |
| EMILIO GONZALEZ | § | |
| MARIA E GONZALEZ | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Doreen Abbott, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

300 N. Hogan Street, Ste. 3-350, Jacksonville, FL 32202

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ___6/24/13___                    By:  /s/ Doreen Abbott
                                                    _____
                                                    (Trustee)
Doreen Abbott
P.O. Box 56257
Jacksonville, FL, 32241-6257

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                               §        Case No. 11-05459-PMG
                                     §
EMILIO GONZALEZ                      §
MARIA E GONZALEZ                     §
                                     §
                                     §
              Debtor(s)              §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $7,996.98 |
| *and approved disbursements of* | $92.48 |
| *leaving a balance on hand of[1]:* | $7,904.50 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $7,904.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Doreen Abbott, Trustee Fees | $1,549.70 | $0.00 | $1,549.70 |
| Doreen Abbott, Trustee Expenses | $182.99 | $0.00 | $182.99 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,732.69 |
| Remaining balance: | $6,171.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,171.81 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $6,171.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $47,278.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $13,934.35 | $0.00 | $1,819.02 |
| 2 | FIA CARD SERVICES, N.A. | $12,537.30 | $0.00 | $1,636.65 |
| 3 | INGRAM AND ASSOCIATES | $4,437.44 | $0.00 | $579.27 |
| 4 | TARGET NATIONAL BANK | $517.88 | $0.00 | $67.61 |
| 5 | CHASE BANK USA, N.A. | $6,266.04 | $0.00 | $817.98 |
| 6 | CHASE BANK USA, N.A. | $1,695.12 | $0.00 | $221.28 |
| 7 | CAPITAL RECOVERY IV LLC | $1,863.20 | $0.00 | $243.23 |
| 8 | GE CAPITAL RETAIL BANK | $447.90 | $0.00 | $58.47 |
| 9 | GE CAPITAL RETAIL BANK | $1,389.56 | $0.00 | $181.40 |
| 10 | GE CAPITAL RETAIL BANK | $2,375.96 | $0.00 | $310.16 |
| 11 | CAPITAL ONE, N.A. | $1,813.55 | $0.00 | $236.74 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $6,171.81 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: _____ $0.00
Remaining balance: _____ $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: _____ $0.00
Remaining balance: _____ $0.00

Prepared By:   /s/ Doreen Abbott _____
Trustee

Doreen Abbott
P.O. Box 56257
Jacksonville, FL, 32241-6257

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No:   11-05459-PMG

EMILIO GONZALEZ
MARIA E GONZALEZ

_____Debtor(s)___ /

## CERTIFICATE OF SERVICE OF
## ORDER ALLOWING ADMINISTRATIVE EXPENSES

The Trustee, Doreen Abbott, hereby certifies that a copy of the Order Allowing Administrative

Expenses dated JUNE 24, 2013, was furnished by first class mail, postage prepaid, to the following

parties on June 24, 2013, or via CM/ECF after the docketing of the pleading if the recipient is a registered

CM/ECF user:

Emilio Gonzalez
Maria E Gonzalez
13610 SW 43RD CIRCLE
OCALA, FL 34473

Fawn Singletary
2600 Se Lake Weir Avenue
Ocala, FL 34471

United States Trustee

        Dated:   June 24, 2013

                                            /s/ Doreen Abbott
                                            Bankruptcy Trustee
                                            Post Office Box 56257
                                            Jacksonville, FL 32241-
                                            6257
                                            (904) 886-9459
                                            Trustee

Label Matrix for local noticing
113A-3
Case 3:11-bk-05459-PMG
Middle District of Florida
Jacksonville
Sun Jun 23 17:06:45 EDT 2013

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Emilio Gonzalez
13610 SW 43rd Circle
Ocala, FL 34473-2004

Maria E Gonzalez
13610 SW 43rd Circle
Ocala, FL 34473-2004

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE Second Avenue, Ste 1120
Miami, FL 33131-1605

TD Bank USA, N.A.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

World Omni Financial Corp.
c/o  Matt Scott, Esquire
110 SE 6 Str 15 Fl
Fort Lauderdale, FL 33301-5004

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712-1083

Bank of America/
Royal Caribbean
P.O. Box 15026
Wilmington, DE 19850-5026

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Capital Recovery IV LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase/Disney
P.O. Box 15298
Wilmington, DE 19850-5298

Chevron/Texaco/GE Money Bk
Attn: Bankruptcy Dept
P.O. Box 103104
Roswell, GA 30076-9104

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Financial Svcs, LLC
P.O. Box 30943
Salt Lake City, UT 84130-0943

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

Fed Loan Serv
P.O. Box 69184
Harrisburg, PA 17106-9184

FedLoan Servicing
P. O. Box 69184
Harrisburg, PA 17106-9184

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

HH Gregg/GEMB
P.O. Box 103104
Roswell, GA 30076-9104

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

HSBC/David's Bridal
P.O. Box 15521
Wilmington, DE 19850-5521

IBM Lender Business Process
Services, Inc   Attn:BK dept
P.O. Box 4128
Beaverton, OR 97076-4128

Ingram and Associates
1720 General GeorgePatton Dr
Brentwood, TN 37027-7901

Kohls/Chase
P.O. Box 3043
Milwaukee, WI 53201-3043

Lowes/GEMB
Attn: Bankruptcy Dept
P.O. Box 103104
Roswell, GA 30076-9104

MJ Altman Compaines
P.O. Box 3070
Ocala, FL 34478-3070

Marion County Tax Collector
P.O. Box 970
Ocala FL 34478-0970

Midland Funding LLC
By its authorized agent Recoser, LLC
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

Munroe Regional Med Ctr/
Munroe Reg Health System
P.O. Box 6000
Ocala, FL 34478-6000

NES
29125 Solon Rd
Solon, OH 44139-3442

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Sallie Mae Servicing
P.O. Box 9532
Wilkes Barre, PA 18773-9532

Sam's Club/GE Money Bank
Attn: Bankruptcy Dept
P.O. Box 103104
Roswell, GA 30076-9104

Southeast Toyota Finance
P.O. Box 70832
Charlotte, NC 28272-0832

TARGET NATIONAL BANK
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

Target National Bank/RNB
c/o Target Credit Services
P.O. Box 1581
Minneapolis, MN 55440-1581

U.S. Depart of Education
Direct Loans Servicing Ctr
P.O. Box 5609
Greenville, TX 75403-5609

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2476

World Omni
P.O. Box 91614
Mobile, AL 36691-1614

Zakheim & Associates, P.A.
1045 S University Dr Ste 202
Plantation, FL 33324-3333

Doreen Abbott +
P.O. Box 56257
Jacksonville, FL 32241-6257

Fawn Singletary +
2600 SE Lake Weir Avenue
Ocala, FL 34471-6721

United States Trustee - JAX 13/7 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

Matthew H Scott +
Tripp Scott, PA
110 SE 6th Str, 15th Flr
Fort Lauderdale, FL 33301-5004

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Bank
6500 New Albany Rd E
New Albany, OH 43054

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

(d)TD Bank USA, N.A.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

(d)eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson,  AZ 85712-1083


End of Label Matrix
Mailable recipients    50
Bypassed recipients     3
Total                  53